suelto en enero 26, 1914. Aprobada dicha fianza. El peticionario compareció en nombre propio.

---

No. 134. EX PARTE BENÍTO FORÉS, PETICIONARIO.—Procedimiento originado en la Corte de Distrito de Mayagüz para cancelar la fianza notarial hipotecaria constituída por Pedro Acosta y Nazario por escritura No. 58 otorgada en Mayagüez en junio 30, 1902, ante el Notario Juan Quintero y González. Resuelto en enero 26, 1914. Decretada la cancelación de dicha fianza. El peticionario compareció en nombre propio.

---

No. 259. EX PARTE VÍCTOR BURSET, PETICIONARIO.—Solicitud para que se apruebe la fianza notarial otorgada por la National Surety Company en enero 28, 1914. Resuelta en enero 28, 1914. Aprobada dicha fianza. El peticionario compareció en nombre propio.

---

No. 412. EX PARTE ARTURO MARTÍNEZ DELGADO, PETICIONARIO.—Solicitud para que se apruebe la fianza notarial otorgada por la National Surety Company el 14 de enero de 1914. Resuelto en febrero 2, 1914. Aprobada dicha fianza. El peticionario compareció en nombre propio.

---

No. 7. EX PARTE BATLLE ET AL., PROMOVENTES.—Expediente de cancelación de fianza notarial hipotecaria del Notario Don Juan Zacarías Rodríguez procedente de la Corte de Distrito de Mayagüez. Resuelto en febrero 6, 1914. Decretada la cancelación de la fianza. Abogado de los peticionarios: *Sr. José Benet.*